UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JONATHAN CAMPBELL and
VICKI CAMPBELL,

        Plaintiffs,

vs.                                                      Case No. 09-CV-764

I-FLOW CORPORATION,
MCKINLEY MEDICAL, LLC.,
MOOG, INC. and CURLIN
MEDICAL, INC.,

        Defendants.

## ORDER FOR DISMISSAL

Based upon the Stipulation by the parties,

IT IS HEREBY ORDERED that defendants Moog, Inc. and Curlin Medical, Inc. are dismissed from this action.

Dated this 18th day of January, 2011.

                                                  BY THE COURT:

                                                  *s/ Rudolph T. Randa*
                                                  Honorable Rudolph Randa
                                                  Eastern District of Wisconsin Judge